IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JAMES BENJAMIN ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:23CV4 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a federal prisoner, submitted a petition under 28 U.S.C. § 2241 for a writ of habeas corpus, together with the five-dollar filing fee. For the following reason, the Petition cannot be further processed.

1. Petitioner seeks to attack his criminal conviction in his pending criminal case in this Court, 1:22CR150-1, in which he was convicted and is facing sentencing. He raises claims that could be raised in motions in the pending case, on direct appeal, or, if those avenues fail, in a post-conviction motion under 28 U.S.C. § 2255. His current filing is premature and improper.

Because of this pleading failure, the Petition should be filed and then dismissed, without prejudice to Petitioner raising any claims challenging the conviction in 1:22CR150-1 in that case or on direct appeal, or in a later motion under 28 U.S.C. § 2255. The Clerk is instructed to return the five-dollar filing fee to Petitioner.

*In forma pauperis* status will be granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to return the five-dollar filing fee to Petitioner.

IT IS RECOMMENDED that this action be filed, but then dismissed *sua sponte* without prejudice to Petitioner raising any claims challenging the convictions in 1:22CR150-1 in that case or on direct appeal, or in a later motion under 28 U.S.C. § 2255.

This, the 10th day of October, 2023.

                                                                       /s/ Joi Elizabeth Peake
                                                                    United States Magistrate Judge